1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**
9                      **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12  IGNACIO MARTINEZ,                )   No. EDCV 08-835-SVW(CW)
                                     )
13              Petitioner,           )   ORDER ACCEPTING REPORT AND
                                     )   RECOMMENDATION OF UNITED STATES
14         v.                         )   MAGISTRATE JUDGE
                                     )
15  JAMES D. HARTLEY (Warden),       )
                                     )
16              Respondent.           )
                                     )
17  ─────────────────────────────────
18
19      Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the
20  entire record in this action, as well as the Report and Recommendation
21  of the United States Magistrate Judge.  No objections to the Report
22  and Recommendation have been received.
23
24      **IT IS ORDERED**: (1) that the Report and Recommendation of the
25  United States Magistrate Judge be accepted; and (2) that judgment be
26  entered denying the petition and dismissing this action with
27  prejudice.
28

                                     1

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED:  November 1, 2012

_____
STEPHEN V. WILSON
United States District Judge