**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IGNACIO MARTINEZ, ) | No. EDCV 08-835-SVW(CW) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| JAMES D. HARTLEY (Warden), ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: November 1, 2012

_____
STEPHEN V. WILSON
United States District Judge